UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES T. RALSTON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>PLATYPUS MARINE INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05343-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court confirms that this case is DISMISSED without prejudice per the Parties' Notice of Voluntary Dismissal (Dkt. No. 12.)  The Clerk shall close the case.

Dated this 21st day of January, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1